[No. 14524-0-I.   Division One.   May 21, 1986.]

THE BANK OF SEATTLE, *Plaintiff*, v. AGNES O'RIELLY
GRAVES, *Respondent*, JOHN E. BODEN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 82-2-02493-7, Gary M. Little, J., entered
March 1, 1984. *Affirmed* by unpublished opinion per

Revelle, J. Pro Tem., concurred in by Ringold, A.C.J., and Webster, J.